# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:12-cr-00209-TWP-TAB |
| | ) |
| JOSE COTA (01), and | ) |
| OSCAR GUTIERREZ (02), | ) |
| | ) |
| Defendants. | ) |

## ENTRY ON PENDING MOTIONS

This matter is before the Court on various motions filed jointly by the Defendants Jose Cota and Oscar Gutierrez. Defendants have filed a Joint Motion to Require Notice of Intention to Use Other Crimes, Wrongs or Acts Evidence (Dkt. 47), Joint Motion for Issuance of Subpoenas and Early Return Thereof (Dkt. 48), Joint Motion for Immediate Disclosure of Favorable Evidence (Dkt. 50), Joint Motions for Discovery of Certain Items in the Government's Possession (Dkt. 52), and Joint Motion to Preserve Handwritten Notes of Government Agents (Dkt. 54). For the most part, these motions are moot. The Government indicates it has complied with the requests; however, because there is a continuing obligation regarding disclosure of trial discovery, the Court will address each motion in turn.

**A.  Joint Motion to Require Notice of Intention to Use Other Crimes, Wrongs or Acts Evidence (Dkt. 47)**

The Government states it does not intend to use evidence under Rules 404(b) or 608(b), and should something change, it acknowledges its continuing obligation to give "reasonable notice" under the Rules. Fed. R. Evid. 404(b), 608(b); Dkt. 61 at 1. The Motion is therefore **GRANTED**.

B.  **Joint Motion for Issuance of Subpoenas and Early Return Thereof (Dkt. 48)**

The Government opposes the motion for the issuance of subpoenas to the extent Defendants seek to obtain discoverable documentary evidence in possession of the Government, as the Government states it has complied and will continue to abide by its discovery requirements set forth in the Court's pretrial discovery orders. Dkts. 11, 12; Dkt. 61 at 1-2. The Government does not object to the motion to the extent Defendants seek to direct subpoenas to third-parties for production of evidence not in possession of the Government. *Id.* at 2. The Defendants' Joint Motion for Issuance of Subpoenas and Early Return Thereof (Dkt. 48) is **GRANTED.**

C.  **Joint Motions for Immediate Disclosure of Favorable Evidence (Dkt. 50) and for Discovery of Certain Items in the Government's Possession (Dkt. 52)**

The Government opposes Defendants' motions for Immediate Disclosure of Favorable Evidence and Discovery of Certain Items in the Government's Possession, noting that it has already disclosed all evidence that might tend to exculpate either Defendant and disclosed all documents, photographs and other physical evidence in its possession. The Government acknowledges its continuing obligations under the Federal Rules of Evidence and its discovery obligations set forth in the Court's pretrial discovery orders. Dkt. 61 at 2; Dkts. 11, 12. The Defendants' Joint Motions, Dkts. 50 and 52, are **GRANTED.**

D.  **Joint Motion to Preserve Handwritten Notes of Government Agents (Dkt. 54)**

The Government does not object to the joint motion to preserve the agents' handwritten notes. Therefore, Defendants' Joint Motion to Preserve Handwritten Notes of Government Agents (Dkt. 54) is **GRANTED**.

**SO ORDERED.**

Date: 07/02/2013

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

DISTRIBUTION:

Lisa L. Wood
LAW OFFICES OF PAUL M. BRAYMAN
lisa.l.wood@gmail.com

Paul M. Brayman
LAW OFFICES OF PAUL M. BRAYMAN
pmbrayman@rcn.com

Arturo Hernandez-M
Law Offices of Arturo Hernandez-M
artlawoff@aol.com

William Lance McCoskey
OFFICE OF THE UNITED STATES ATTORNEY
william.mccoskey@usdoj.gov